THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:19CR322 |
| § | |
| REGINALD VEDAL THOMPSON (1) § | |

### REPORT AND RECOMMENDATION ON
### DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States Magistrate Judge.

On January 12, 2021, Defendant's counsel filed Defendant's Motion to Determine Defendant's Mental Competency to Stand Trial [Dkt. 58] seeking a psychiatric examination pursuant to 18 U.S.C. § 4241 at an appropriate Bureau of Prisons facility, and that a psychiatric report of findings be filed with the Court consistent with 18 U.S.C. § 4247(b). The Court granted that motion on January 19, 2021 [Dkt. 60]. Defendant was subsequently evaluated by Dr. Lesli Johnson. The Court has received the report from the Bureau of Prisons, and copies have been furnished to the Assistant United States Attorney and defense counsel.

A competency hearing was conducted on May 11, 2021, before U.S. Magistrate Judge Christine A. Nowak, during which the report was admitted. At the hearing, Defendant appeared in court with his counsel, Dimitri Dube. Defendant was given the opportunity to present evidence and call witnesses. Defendant did not offer any witnesses or evidence. Moreover, Defendant did not present any objections to the report, including Dr. Johnson's opinion on competency. The Government also did not object to the report findings.

Dr. Johnson's report concludes that "The defendant suffers from a substance abuse disorder, as described in the Forensic Evaluation Report. However, based on the information available, there is no objective evidence to indicate that signs or symptoms of a major mental disorder, or mental condition, rendered Mr. Thompson unable to appreciate the nature, quality or wrongfulness of his actions during the time period of the alleged offense. He demonstrated an ability to appreciate the criminality of his conduct and could have conformed his conduct to the requirements of the law." The undersigned considered the report and concludes that Defendant is not suffering from a mental disease or defect rendering him mentally incompetent and is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Defendant has a rational and factual understanding of the proceedings against him and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. §4241(d); see also Dusky v. United States, 362 U.S. 402 (1960).

## RECOMMENDATION

For the foregoing reasons, the Court recommends that Defendant be found competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241.  It is further recommended that the speedy trial time be excluded from January 12, 2021 (the date the Defendant filed his Motion to Determine Defendant's Mental Competency to Stand Trial), until the date on which the District Judge signs the order adopting this report and recommendation.

Both Parties waived the fourteen (14) day objection period.
**SIGNED this 13th day of May, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE